IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**LAWRENCE LAMB,**

    Plaintiff,

    v.                                                                     No. 1:22-CV-00485

**JOSE CORDERO, CHRIS MARQUEZ
and the NEW MEXICO CORRECTIONS DEPARTMENT,**

    Defendants.

## TRANSMITTAL OF STATE COURT RECORD

    COMES NOW Defendants, by and through counsel of record, Kennedy, Moulton & Wells, P.C., by Debra J. Moulton, and hereby submit copies of all pleadings filed in New Mexico District Court, First Judicial District, County of Santa Fe, Case No. **D-101-CV-2021-01382**.

    Respectfully Submitted,

    KENNEDY, MOULTON & WELLS, P.C.

    */s/ Debra J. Moulton*
    DEBRA J. MOULTON
    Attorneys for defendants
    2201 San Pedro NE, Bldg.3, Suite 200
    Albuquerque, New Mexico 87110
    (505) 884-7887

I HEREBY CERTIFY that a true and correct
copy of the foregoing was sent via CM/ECF
and electronic mail to:

Steven Robert Allen
New Mexico Prison & Jail Project
3800 Osuna Rd. NE, Ste. 2
Albuquerque, NM 87109
steve@nmpjp.org

Adam S. Baker
Baker Law Office, LLC
P.O. Box 784
Santa Fe, NM 87504
abaker@bakerlawoffice.net

on this 1st day of July, 2022.

*/s/ Debra J. Moulton*
DEBRA J. MOULTON