# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**LAWRENCE LAMB,**

    **Plaintiff,**

    **v.**　　　　　　　　　　　　　　　　　　　　No. 1:22-CV-00485-GBW-LF

**JOSE CORDERO, CHRIS MARQUEZ**
**and the NEW MEXICO CORRECTIONS DEPARTMENT,**

    **Defendants.**

## ENTRY OF APPEARANCE

    COMES NOW Deborah D. Wells, Kennedy, Moulton & Wells, P.C., and hereby enters her appearance on behalf of Defendants Jose Cordero, Chris Marquez and New Mexico Corrections Department.

                        Respectfully submitted,

                        KENNEDY, MOULTON & WELLS, P.C.

                        */s/ Deborah D. Wells*
                        DEBORAH D. WELLS
                        Attorneys for Defendants
                        2201 San Pedro NE, Bldg. 3, Suite 200
                        Albuquerque, New Mexico 87110
                        (505) 884-7887

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via the Court's electronic filing system to:

Steven Robert Allen
New Mexico Prison & Jail Project
3800 Osuna Rd. NE, Ste. 2
Albuquerque, NM 87109
steve@nmpjp.org

Adam S. Baker
Baker Law Office, LLC
P.O. Box 784
Santa Fe, NM 87504
abaker@bakerlawoffice.net

on this 18th day of August, 2022

*/s/ Deborah D. Wells*
DEBORAH D. WELLS