Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CIVIL ACTION NO. 1:20-CV-00706 JAP/JHR

DIEGO TIJERINA,

    Plaintiff.

v.            CIVIL ACTION NO. 1:20-CV-00706 JAP/JHR

STATE OF NEW MEXICO CORRECTIONS
DEPARTMENT, CHRIS MARQUEZ and JOSE
CORDERO,

    Defendants.


**DEPOSITION OF JOSE CORDERO**
**FRIDAY, JANUARY 8, 2021**
9:00 A.M.
VIA ZOOM VIDEOCONFERENCING PLATFORM


PURSUANT TO THE NEW MEXICO RULES OF CIVIL PROCEDURE, THIS DEPOSITION was taken by:

    ALYSSA D. QUIJANO, ESQ.
    Attorney for Plaintiff


REPORTED BY:   Mary Therese Macfarlane, CCR
               PAUL BACA PROFESSIONAL COURT REPORTERS
               500 4th Street, Suite 105
               Albuquerque, NM 87102
               (505)843-9241

EXHIBIT A

Page 50

1  you said looks like a bus, right?
2      A. Yes.
3      Q. And so the inmates are all facing forward in
4  seats.
5      A. Yes.
6      Q. And, again, these don't have seat belts, right?
7      A. No.
8      Q. Okay. And so this -- this is a diagram again
9  that was created in Chris Marquez's deposition. And his
10 memory is there were no inmates in this front row. Is
11 that your memory, as well?
12     A. Hmm. I believe there was -- (Note: Pause.)
13         Yeah, there's nobody in the front, that's
14 correct.
15     Q. Okay. So there were eight inmates. You just
16 counted 2, 4, 6, 8. Were there eight inmates in the
17 transport?
18     A. Yes.
19     Q. And do you remember that or do you just remember
20 from reading your report this morning?
21     A. No, I remember we had eight inmates, because we
22 have nobody in the front, unless we have to sit them in
23 the front. But we usually don't sit them in the front
24 row.
25     Q. Okay. Why not?

Page 51

1      A. Just in case, uh, we get, uh, cut off or we have
2  to brake suddenly they don't hit the guard rail, the
3  little divider.
4      Q. Okay. Because again they don't have seat belts
5  to hold them onto the seats, right?
6      A. Uh-huh.
7      Q. And their handcuffs are at their waist, so can
8  they brace themselves if there's an accident?
9      A. Uh, some do.
10     Q. How do they do that? I mean, I guess you can't
11 really see, but their hands are like here, right?
12     A. Yeah.
13     Q. Do they have the ability to like hold onto
14 something? Is there something for them to hold onto?
15     A. The seat in the front.
16     Q. Okay. But that's not as effective as a seat
17 belt, though, right?
18     A. What's that?
19     Q. That's not as effective as a seat belt, though?
20     A. No.
21     Q. And there are windows on the side at eye level
22 when standing, is Chris Marquez's memory. Is that right?
23     A. Yes.
24     Q. So when the inmates are seated they can't really
25 see out the window next to them.

Page 52

1      A. No.
2      Q. And then there is a cage at the very front here.
3  So they could see out the front window, presumably?
4      A. Yes.
5      Q. Okay. And then where -- okay. Where were you
6  going on this transport? What was the route?
7      A. Clayton.
8      Q. Any stops in between Central and Clayton?
9      A. No.
10     Q. So one stop Central to Clayton. How long is
11 that transport?
12     A. I want to say five hours.
13     Q. And Clayton, that is Northeastern New Mexico
14 Detention Facility?
15     A. Yes.
16     Q. Okay. So when you did your inspection before
17 getting on the van, was everything working?
18     A. Yes.
19     Q. The cameras were working?
20     A. Yes.
21     Q. Okay. The cameras worked the entire transport?
22     A. No.
23     Q. Okay. What happened to the cameras?
24     A. It went off, I want to say maybe an hour into
25 our transport.

Page 53

1      Q. Any idea why?
2      A. No.
3      Q. Was it before or after the blowout that the
4  cameras went off?
5      A. Before.
6      Q. Has that happened to you before?
7      A. The cameras going out?
8      Q. Yeah.
9      A. Yes.
10     Q. How often does that happen?
11     A. Not that often.
12     Q. When is the last time before this incident that
13 the cameras just stopped working?
14     A. I don't know.
15     Q. How many times do you think that's happened to
16 you?
17     A. I don't know.
18     Q. More than five?
19     A. I don't know.
20     Q. Okay. When the cameras stopped working, what
21 did you do?
22     A. I was driving. I was the driver, so Marquez was
23 the one that was...
24     Q. So Chris Marquez was driving, the cameras went
25 out. Did he do anything?

14 (Pages 50 to 53)

PAUL BACA PROFESSIONAL COURT REPORTERS
500 FOURTH STREET NW - SUITE 105, ALBUQUERQUE, NM 87102

Page 102

1  there?
2  A. Yes.
3  Q. Okay. So it says: 4750 only for chase per D.W.
4  Lytle.
5      And D.W. stands for Deputy Warden?
6  A. Yes.
7  Q. What does "only for chase" mean? Do you know?
8      MS. MOULTON: Objection to form.
9  A. I don't know.
10 Q. Okay. You've never heard that term before?
11 A. For chase? I know what a chase is, but I don't
12 know why only a chase.
13 Q. What is a chase?
14 A. It's another vehicle following a transport, a
15 high-security transport.
16 Q. Like a -- just like a back-up?
17 A. Yes. Like, we use chase for Level 4 and up
18 inmates.
19 Q. And so the vehicles that are used for chase,
20 does that vehicle have inmates in it?
21 A. No.
22 Q. So this vehicle now is only being used to follow
23 vans that have inmates. Right?
24 A. Correct.
25 Q. It doesn't have inmates itself.

Page 103

1  A. No.
2  Q. Okay. Do you know if that is because it's not
3  fit to transport inmates anymore?
4      MS. MOULTON: Objection to form.
5  A. I don't know.
6  Q. Would that make sense to you why they would
7  decide to make that decision?
8  A. I don't know.
9  Q. Have you ever seen a van only be used to follow
10 vans and not transport inmates?
11 A. No.
12 Q. You indicated that you didn't know if Van 5389
13 had been repaired. Right?
14 A. Correct.
15 Q. All right. So this email again -- I'll scroll
16 to the top so you can see -- it was sent on October 11th
17 of 2019, and it indicates on Van 5389 the cameras are
18 functional.
19     Do you see that?
20 A. Yes.
21 Q. But they weren't functional on the entirety of
22 your van ride. Right?
23 A. Correct.
24 Q. Did they fix the camera?
25 A. I don't know.

Page 104

1  Q. If they haven't repaired the camera, if they
2  haven't done any repairs to Van 5389 since your transport,
3  presumably the camera would still be broken, right?
4  A. Hmm.
5      MS. MOULTON: Objection to form.
6  A. I don't know.
7  Q. Well, it was broken when it got to the garage,
8  right?
9  A. Yeah, it wasn't working.
10 Q. So the camera footage that's taken, is that
11 recorded?
12 A. Yes.
13 Q. And where is it stored?
14 A. In the hard drive.
15 Q. What does the hard drive look like?
16 A. It's, uh, like a little black box that goes
17 into, uh, I want to say maybe the brain of the computer
18 area where it goes. And every, uh -- and there's just --
19 it just goes in there.
20 Q. Okay. And after every transport what do you do
21 with the hard drive?
22 A. We take it out and we set it on top of the
23 supervisor's desk.
24 Q. Okay. And what happens to the camera footage
25 from Van 5389 on June 21st, 2019?

Page 105

1      MS. MOULTON: Objection: foundation.
2  A. I don't know.
3  Q. Why don't you know?
4  A. I don't know because I didn't drive the van
5  back.
6  Q. So when you got back to Central was Van 5389
7  also at Central?
8  A. Yes.
9  Q. And did you go into the van and take the hard
10 drive out?
11 A. No.
12 Q. Did anyone else?
13 A. I don't know.
14 Q. Should someone have taken the hard drive out?
15 A. I don't know.
16 Q. Did your supervisor ask for the hard drive?
17 A. No.
18 Q. Why didn't you go get the hard drive from the
19 van?
20 A. I don't know.
21 Q. Whose responsibility was it to get the hard
22 drive from the van?
23 A. If we would have droven the van back, it's ours.
24 However, we didn't drive the van back. I don't know whose
25 responsibility it is.