Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DIEGO TIJERINA,

                              Plaintiff,

 -vs-                          NO:  1:20-CV-00706 JAP/JHR


STATE OF NEW MEXICO CORRECTIONS DEPARTMENT, CHRIS
MARQUEZ and JOSE CORDERO,

                              Defendants.


REMOTE ZOOM DEPOSITION OF CHRIS MARQUEZ

November 24, 2020

10:00 a.m.


     PURSUANT TO THE FEDERAL RULES OF CIVIL
PROCEDURE, this deposition was:

TAKEN BY:  ALYSSA D. QUIJANO
           ATTORNEY FOR PLAINTIFF

REPORTED BY:  Jan Gibson, CCR, RPR, CRR
              Paul Baca Court Reporters
              500 Fourth Street, NW - Suite 105
              Albuquerque, New Mexico  87102

EXHIBIT
B

Page 30

```
 1      Q.  Okay.  And you said that's plexiglass
 2   then, the separation?
 3      A.  It's a metal -- I don't know exactly.
 4   It's metal caging with plexiglass over it, but you
 5   can see right over it.  You can see out on that.
 6      Q.  So the inmates can see, like, through the
 7   front windshield through the plexiglass?
 8      A.  Yes.
 9      Q.  And is that on all vans?
10      A.  It's just on those vans with no cages,
11   like separate cages, I guess.
12      Q.  Okay.  And can you see the inmates?  Can
13   you monitor the inmates then through the plexiglass
14   partition?
15      A.  Yes.
16      Q.  Do any of the vans have a metal partition
17   that you can't see the inmates through?
18      A.  No.  The vans are also equipped with
19   cameras to the back also.  You monitor them.
20      Q.  Are all the vans equipped with cameras?
21      A.  Yes.
22      Q.  And I've seen, like, a police vehicle.
23   They have like dash cam footage that looks ahead.
24   Do any of the vans have dash cam footage?
25      A.  No.
```

Page 32

```
 1   armed with any weapons on the transport?
 2      A.  Yes.
 3      Q.  What weapons?
 4      A.  The standard -- the handgun, the 48 Glock.
 5      Q.  And all transport officers have that
 6   weapon on them?
 7      A.  At least one of us would.
 8      Q.  Okay.  So not always both but at least one
 9   officer would have one?
10      A.  Yes.
11      Q.  So the camera facing the back, is there a
12   monitor that you can monitor the inmates through the
13   camera?
14      A.  Yes.
15      Q.  Okay.  Where is that?
16      A.  It's on the front panel, like where the AC
17   controls are at in the front with us.
18      Q.  And so let me make sure I understand.
19   Does every transport have two transport officers?
20      A.  Yes.
21      Q.  Okay.  Is it one officer's job to be
22   monitoring the inmate on the camera or the monitor?
23      A.  Yes.
24      Q.  So they are always monitored then?
25      A.  Yes.
```

Page 31

```
 1      Q.  Okay.  So there's one camera then; is that
 2   right?
 3      A.  Yes.
 4      Q.  And do those cameras record?
 5      A.  Yes.
 6      Q.  So I could like pull a tape of the day, of
 7   the transport for the day and have a recording of
 8   the entire transport?  Is that what it would do?
 9      A.  Yes.
10      Q.  Do you know if those are stored or where
11   they are stored?
12      A.  So at the end of the day of transport, we
13   have to leave the hard drive on our supervisor's
14   desk and they download them onto the computer.
15      Q.  Okay.  And your supervisor in June of last
16   year was Crystal Beltran?
17      A.  Yes.
18      Q.  Okay.  What other equipment is in the van?
19   Do you have like a lapel camera or any other camera
20   on your person?
21      A.  No.
22      Q.  Do you ever bring like a hand-held camera
23   in case of emergency that needs to be recorded?
24      A.  No.
25      Q.  Are you or your other transport officers
```

Page 33

```
 1      Q.  And do you know why you have to monitor
 2   the inmates?  Is there a policy or a reason the
 3   inmates are monitored during the transport?
 4      A.  Just to prevent escape.  You don't want no
 5   escapes for the safety of yourself or other inmates.
 6   In case they get attacked or something is going on
 7   in the back.  We also have inmates that self-harm.
 8   We make sure that's not happening.
 9      Q.  I'm sorry, you cut out for a second.  They
10   sell what?
11      A.  We also transport inmates that harm each
12   other or themselves, so we have to try to prevent
13   that from happening.
14      Q.  Okay.  And then if you're monitoring it
15   and something like that happens and the inmate
16   starts self-harming, you can pull over and help
17   them; is that right?
18      A.  Not necessarily.  We can't really pull
19   over.
20      Q.  Okay.  So if an inmate is cutting, somehow
21   he gets an instrument to self-harm, a screw or
22   something in the back of the van and they're
23   self-harming, you can't pull over to help them?  Is
24   that what you mean?
25      A.  Yes.  The only thing we can basically do
```

PAUL BACA OFFICIAL COURT REPORTER

Page 62

1    Q.   Okay.  I'm going to attach this as Exhibit
2    2.
3         THE COURT REPORTER:  I think you have an
4    Exhibit 2.
5         MS. QUIJANO:  We will do the transport
6    log, these pages as Exhibit 2 to your deposition.
7    My drawing will be Exhibit 3 to your deposition.
8         (Note:  Exhibit 3 marked.)
9    Q.   One more thing to add to Exhibit 3.  Where
10   are the cameras positioned in this van?
11       A.   I'm sorry, what was that?
12   Q.   I'm so sorry.  Hold on one second.  I
13   already have Exhibit 1 and 2.  What was Exhibit 2?
14   Okay.  Jan, I am so sorry.  So the SIR inspection is
15   Exhibit 1.  These inspections are Exhibit 2.  The
16   transport log is Exhibit 3 and my drawing will be
17   Exhibit 4.  Thank you, Sofie, for keeping track of
18   that.
19       (Note:  Exhibit 4 marked.)
20   Q    (By Ms. Quijano) Okay.  So now in Exhibit
21   4, where are the cameras positioned in this van?
22       A.   It's in the back with the inmates.  I
23   mean, it's in the back area with them facing the
24   inmates, the seats.
25   Q.   Okay.  Is it like on the front of the van

Page 63

1    facing backwards towards the inmates or in the back
2    of the van facing forward?
3        A.   It's in the front facing backwards.
4    Q.   So that would be here somewhere then,
5    right?
6        A.   Yes.
7    Q.   So is it in the middle?  Is it on the
8    corners here?  Do you know where?
9        A.   It's like the middle.  Yeah.
10   Q.   Okay.  And if we look at this inspection
11   from that day, the second page here, the first page
12   here under Security here we have "Video Surveillance
13   Operable" and it says "Inspection Done," and I don't
14   see any defect; is that right?
15       A.   Yes.
16   Q.   So the cameras were working that day?
17       A.   For the inspection --
18   Q.   Is that right?
19       A.   Probably for the inspection but we had
20   been having issues with those cameras, because once
21   you start driving they go out within, like, 30
22   minutes to an hour in the drive.
23   Q.   Did that happen this day in the 5389 van?
24       A.   Yes, I believe so.  I think I documented
25   it on the log.

Page 64

1    Q.   Okay.  Let's look at the log.  I see here
2    "7:00 a.m.  Wellbeing check, no problems to report.
3    Camera not working."  Is that what you're talking
4    about?
5        A.   Yes.
6    Q.   Okay.  So that is, if I'm understanding
7    your log, to be an hour into your drive; is that
8    right?
9        A.   Yes.
10   Q.   So the first hour you were able to monitor
11   the inmates; is that right?
12       A.   Yes.
13   Q.   And that's recorded?
14       A.   Yes.
15   Q.   I just want to be sure before I stop
16   drawing on this lovely exhibit.  This is where the
17   camera is then?
18       A.   Yes.
19   Q.   Let's talk about the transport.  Can you
20   see the transport log here?
21       A.   Yes.
22   Q.   So go ahead and look at that if you can't
23   remember and you can let me know if the information
24   you're getting it from the log, okay?  So when you
25   left the facility in Los Lunas, who was driving?

Page 65

1        A.   Jose Cordero.
2    Q.   And do you guys switch off driving over
3    the course of the transport or does one of you drive
4    that day and the other drive a different day?
5        A.   We'll switch out throughout the course of
6    the transport.
7    Q.   So in this first leg from 6:00 a.m. until
8    the blowout on the highway, Jose Cordero was
9    driving?
10       A.   Yes.
11   Q.   Is that right?
12       A.   Yes.
13   Q.   So when the tire blew out, what happened?
14   Did you hear it?  Did the inmates notify you?  Did
15   you see it on the camera?
16       A.   Jose Cordero is the one that noticed
17   something was wrong.  He said, "Something is wrong.
18   I think we got a flat," and that's when he pulled
19   over.
20   Q.   Okay.  And what did you do after the van
21   pulled over?  You pull over.  What happened next?
22       A.   We pulled over.  Jose and I both proceeded
23   outside the van to inspect it and that's when we
24   noticed one of the rear tires were blown out.
25   Q.   Okay.  And then is this when you called

Page 114

1    A.  Yes.
2        Q.  Any explanation of why you guys have the
3   same typos in your reports?
4        A.  I don't know.  I couldn't answer that.
5        Q.  All right.  Let's keep going through this.
6   Here in the middle of the report, "At 12:45 p.m. all
7   inmates are secured and after refueling, we depart
8   PNM."  And in your report, "At 12:45 p.m. all
9   inmates are secured and accounted for by name and
10  number."  It's slightly different, but you have the
11  same like weird verb tense.  So I'm noticing
12  throughout the entire report, it's nearly identical
13  in all of your typos and all the grammatical errors.
14  Are you sure that you both wrote your own reports?
15       A.  Yes.
16       Q.  Are you surprised that you guys have the
17  same typos throughout your entire report?
18       A.  No.
19       Q.  It's a common thing for you guys to spell
20  the same thing incorrectly?
21       A.  I would say the same errors and lingo.  I
22  mean, we all work for the same place.  We have the
23  same terms, I guess.
24       Q.  Well, tire tread is not a prison term,
25  right?  That's just a tire term.

Page 115

1    A.  Okay.
2        Q.  And both of you spelled it "treed," which
3   seems bizarre, don't you think?
4        A.  I don't know.  I can't answer that.
5        Q.  And even so far as like the spaces that
6   are missing between words.  Is that odd to you that
7   you guys both forgot to add a space between words in
8   the same places?
9        A.  No.
10       Q.  Is it possible Jose Cordero just copied
11  your report and signed his own name?
12       A.  I don't know.  I couldn't answer for him.
13       Q.  All right.  It's just about 1:50.  Let's
14  take another ten-minute break and come back at 2:00.
15  Does that work for everyone?
16          (Note:  The deposition stood in recess at
17  1:50 to 2:00.)
18       Q   (By Ms. Quijano) So I am wondering about
19  how you store the camera footage from the van.  What
20  do you do to pull that camera footage off?
21       A.  So when our transport is completed, after
22  every run we'll take the hard drive out and then we
23  just set it on the supervisor's desk and either that
24  day or the next morning they will download all the
25  footage onto their program.

Page 116

1        Q.  So it's like -- I thought I had a hard
2   drive here.  It's like a block with memory in it?
3        A.  Yeah, it's like a big rectangular block.
4        Q.  And it physically just pulls out and you
5   set it down on the desk?
6        A.  Yes.
7        Q.  And they save it somewhere.  Do you know
8   where they save it?
9        A.  I know they download the videos.  They
10  have their own program so I don't know.
11       Q.  So then this day at least the Van 5389 did
12  have footage for at least an hour; is that right?
13       A.  Yes.
14       Q.  Did you remove the video that day?
15       A.  Yes.
16       Q.  So the 5389 van --
17       A.  I'm sorry.  I didn't because that's the
18  van that broke down and we never drove that van
19  back.
20       Q.  Do you know what happened to the video?
21       A.  I have no idea.
22       Q.  Okay.  Did you pull any video that day
23  from the vans?
24       A.  No.
25       Q.  Do you know where the Van 5389 returned

Page 117

1   to?  Did it go back to Central?
2        A.  From what I know it went back to Central
3   to the -- I guess back to the garage parked there so
4   they could work on it.
5        Q.  Okay.  Do you know what post orders are?
6        A.  Yes.
7        Q.  What is a post order?
8        A.  Basically just the rules that we have to
9   abide by on our post that we're at.
10       Q.  Are they posted somewhere that you look at
11  every day?  Are there special instructions for the
12  day's post or are they the same every day?
13       A.  They are put inside of a three-ring binder
14  and set there at the post so we can read them.
15       Q.  Are they physically in the facility there
16  in the binder?
17       A.  Yes.
18       Q.  Are they updated every day?
19       A.  Not every day, no.
20       Q.  Do you know how often they are updated?
21       A.  I have no idea.  Whenever they make
22  changes, I guess, they will update it.
23       Q.  Are you notified when it's changed?
24       A.  Usually they put out memos for another --
25  for a change on any kind of policy.