IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LAWRENCE LAMB,

   Plaintiff,

   v.                                                No. 1:22-CV-00485 WJ/LF

JOSE CORDERO, CHRIS MARQUEZ
and the NEW MEXICO CORRECTIONS DEPARTMENT,

   Defendants.

**NOTICE OF WITHDRAWAL OF DEFENDANTS' OPPOSED MOTION FOR
SUMMARY JUDGMENT FOR FAILURE TO EXHAUST ADMINISTRATIVE
<u>REMEDIES UNDER THE PRISON LITIGATION REFORM ACT</u>**

     COME NOW Defendants Jose Cordero, Chris Marquez and the New Mexico Department of Corrections, by and through counsel of record, Kennedy, Moulton & Wells, P.C., by Debra J. Moulton, and hereby notify the Court that Defendant's Opposed Motion for Summary Judgment for Failure to Exhaust Administrative Remedies Under the Prison Litigation Reform Act (Doc. 45) is hereby withdrawn.

                                            KENNEDY, MOULTON & WELLS, P.C.

                                            */s/ Debra J. Moulton*
                                            DEBRA J. MOULTON
                                            Attorney for Defendants
                                            2201 San Pedro NE, Bldg. 3, Suite 200
                                           Albuquerque, New Mexico 87110
                                           (505) 884-7887

I HEREBY CERTIFY that a true and correct copy of the foregoing sent via the Court's electronic filing system to:

Steven Robert Allen
New Mexico Prison & Jail Project
3800 Osuna Rd. NE, Ste. 2
Albuquerque, NM 87109
steve@nmpjp.org

Adam S. Baker
Baker Law Office, LLC
P.O. Box 784
Santa Fe, NM 87504
abaker@bakerlawoffice.net

on this 15th day of May 2023

*/s/ Debra J. Moulton*
DEBRA J. MOULTON