IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LAWRENCE LAMB,

    Plaintiff,

v.                                                           Case No. 1:22-cv-00485-WJ-LF

JOSE CORDERO, CHRIS MARQUEZ,
and NEW MEXICO CORRECTIONS
DEPARTMENT,

    Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition ("PFRD") on June 10, 2024 (Doc. 64), regarding plaintiff Lawrence Lamb's Motion for Spoliation Sanctions Against Defendants, filed on April 10, 2023 (Doc. 48). The PFRD notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review. Doc. 64 at 14. To date, the parties have not filed any objections.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 64) are ADOPTED;

2. Mr. Lamb's Motion for Spoliation Sanctions is DENIED. Nonetheless, Mr. Lamb will be permitted to address the absence of the pertinent video footage in his cross-examination of defense witnesses.

/s/
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE