IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LAWRENCE LAMB,

    Plaintiff,

vs.                                                                No. 1:22-cv-00485-SMD-LF

JOSE CORDERO, et al.,

    Defendants.

**SETTLEMENT CONFERENCE BEFORE**
**<u>MAGISTRATE JUDGE LAURA FASHING</u>**

Date:        **Friday, June 13, 2025 at 9:00 a.m. via Zoom**

| <u>Appearances for Plaintiff</u>: | <u>Appearances for Defendants</u>: |
|---|---|
| Adam Baker<br>Steven Allen<br>August Ryan (intern) | Luis E. Robles |
| <u>Plaintiff in Attendance</u>: | <u>Others Attending</u>: |
| Lawrence Lamb | Liliana Benitez De Luna, Senior Litigation Attorney, State of New Mexico<br><br>Yolanda Akano, Deputy General Counsel, New Mexico Corrections Department |

**Case settled. The material terms of the settlement agreement were recorded and will be downloaded onto the Court's Liberty System under seal. The terms are confidential until the settlement agreement is finalized. Per order filed concurrently, closing documents due on Monday, July 28, 2025.**

**Time in Conference = 2.75 hours.**