IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LAWRENCE LAMB,

    Plaintiff,

vs.   No. 1:22-cv-00485-SMD-LF

JOSE CORDERO, CHRIS MARQUEZ,
and NEW MEXICO CORRECTIONS
DEPARTMENT,

    Defendants.

## STIPULATION OF DISMISSAL OF
## INDIVIDUAL DEFENDANTS JOSE CORDERO AND CHRIS MARQUEZ

The parties, by and through their undersigned counsel of record and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate to the dismissal with prejudice of any and all claims which Plaintiff brought or could have brought in the above-entitled action against Defendants, Jose Cordero and Chris Marquez.

Respectfully submitted,

By:     */s/ Steven Robert Allen*
Steven Robert Allen
New Mexico Prison & Jail Project
3800 Osuna Road NE, Ste 2
Albuquerque, NM 87109
(505) 515-0939
steve@nmpjp.org

Adam S. Baker
Baker Law Office, LLC
P.O. Box 784
Santa Fe, NM 87504
(505) 690-7466
abaker@bakerlawoffice.net

*Attorneys for Plaintiff*

I hereby certify that on this 15th day of July, 2025, the foregoing was served via the CM/ECF system and served via electronic mail to all counsel of record.

Luis Robles
Robles, Rael & Anaya, P.C.
500 Marquette Ave., NW, Suite 700
Albuquerque, New Mexico 87102
(505) 242-2228 (telephone)
(505) 242-1106 (facsimile)
luis@roblesrael.com

*Attorney for State Defendants*

*/s/ Steven Robert Allen*
Steven Robert Allen